# Exhibit 3

Non-Method Claim: 1

| US8203275 | Ollny 100 LED 33ft Christmas RGB String Lights ("The accused product") |
|---|---|
| 11. A variable-effect lighting system comprising: | The accused product is a variable-effect lighting system.<br><br>As shown below, the accused product allows the user to configure various light colors and patterns.<br><br><br><br>https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights |



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights

| | |
|---|---|
| a lamp assembly comprising a plurality of multi-coloured lamps in series with an AC voltage source and in series with each other, the voltage source having a frequency, each said multi-coloured lamp comprising a first illuminating element for producing a first colour of light, and a second illuminating element for producing a second colour of light; and | The accused product discloses a lamp assembly (e.g., LED string) comprising a plurality of multi-coloured lamps (e.g., Straw hat RGB LED packages) in series with an AC voltage source (e.g., Mains Source) and in series with each other, the voltage source (e.g., Mains Source) having a frequency (e.g., 50/60 Hz), each said multi-coloured lamp (e.g., Straw hat RGB LED package) comprising a first illuminating element (e.g., a Red LED) for producing a first colour of light (e.g., Red coloured light), and a second illuminating element (e.g., a Green LED) for producing a second colour of light (e.g., Green coloured light).<br><br>As shown below, the LED string lights operate at 29V. Each Straw Hat RGB LED package contains red, green, and blue LEDs that operate at 1.6V to 4V, allowing five Straw Hat RGB LED packages to be connected in series. The accused product has a power supply that connects to a mains source rated at 100-240V, 50/60Hz. Each Straw Hat RGB LED package includes red, green, and blue LEDs. When the red LED is powered, the package emits red light; when the green LED is powered, it emits green light.<br><br><br><br>https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights |





https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights

https://www.circuitbread.com/ee-faq/the-forward-voltages-of-different-leds

| | |
|---|---|
| | <br>https://soldered.com/learn/led-light-emitting-diode-explained/ |
| a lamp controller coupled to the lamp assembly for varying the colour produced by the lamps by varying a conduction interval of each said illuminating element according to an external digital signal input to the lamp controller, wherein the lamp controller is configured to adjust a speed of the colour variation based on the external signal input. | The accused product discloses a lamp controller (e.g., IR controller in the accused product) coupled to the lamp assembly (e.g., LED string) for varying the colour produced by the lamps (e.g., Straw hat RGB LED packages) by varying a conduction interval (e.g., duty cycle) of each said illuminating element (e.g., an LED of a Straw hat RGB LED package) according to an external digital signal input (e.g., user input) to the lamp controller (e.g., IR controller present in the accused product), wherein the lamp controller (e.g., IR controller  present in the accused product) is configured to adjust a speed of the colour variation based on the external signal input (e.g., user input).<br><br>As shown below, the LED string changes colors based on mode. The string appears red when the red LEDs are active and green when the green LEDs are active. Different colors are created by mixing light from the red, green, and blue LEDs using pulse-width modulation (PWM). The IR controller in the accused product generates the PWM signal and controls the LEDs through |

MOSFETs. By adjusting the PWM duty cycle (the conduction time for each color), the target color is achieved.

![100LED 33FT Extra Long RGB Christmas Lights - diagram showing 33 FT lamp assembly and 9.8 FT lamp controller coupled section]

https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights

![lamp controller image with RGB LED string lights]

https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights

In this project, we will learn how to control the brightness and colour of an RGB LED via I/O ports with PWM output capability, and a touch display sliders. The 4Duino resistive touch display is used as a means for a graphical interface to control the intensity and colour of the RGB LED.

RGB LEDs are essentially three different LEDs combined into one to produce various shades of colours. These LEDs have four legs. The longest leg is the common anode or cathode, and the other three legs represents the colour channel of red, green or blue.

To control colours on an RGB LED we would use pulse width modulation, or PWM for short. Pulse width modulation works by giving the appearance of a "varying analogue voltage" through changing the percentage of time a HIGH voltage signal would be on in one waveform period.

The lower the duty cycle, the more time a signal will spend at a LOW voltage signal state and vice versa.

https://www.instructables.com/RGB-LED-Colour-Control/

> **Duty cycle** is the ratio of time a load or circuit is ON compared to the time the load or circuit is OFF.

https://www.fluke.com/en-us/learn/blog/electrical/what-is-duty-cycle?srsltid=AfmBOopzLQlNRtikWwjgL3YBHXuESCt1Oe4AoPIWWSjcKXrBKEAg8ZGZ

As shown below, the color of the LED string changes based on the conduction interval of each LED (illuminated element). In the example below, the colour shifts from yellow to lavender. During this change, the conduction interval of the red LED decreases, while the conduction interval of the blue LED increases.



varying the colour produced by the lamps

https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



http://www.pyroelectro.com/tutorials/rgb_led_controller/theory.html

As shown below, the accused product includes a remote with "Speed+" and "Speed-" buttons. These buttons allow the user to adjust the speed of color variation in any mode.



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights