Exhibit 4

Non-Method Claim: 1

| US8390206 | Ollny 100 LED 33ft Christmas RGB String Lights ("The accused product") |
|---|---|
| 1. A variable-effect lighting system comprising: | The accused product is a variable-effect lighting system.<br><br>As shown below, the accused product allows the user to configure various light colors and patterns.<br><br><br><br>https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights |

Description    Technical Details    Reviews

variable-effect lighting system



| Brand | Ollny |
|---|---|
| LED Qty | 100 |
| Light Length | 33ft |
| Weight | 10.8 Ounces |
| Color | RGB |
| Waterproof Grade | IP44 |
| Voltage | 29V |
| Wattage | 6W |
| Connectable | Up To 4 Sets |
| Timer Function | 4hrs On / 20hrs Off; 6hrs On / 18hrs Off; 8hrs On / 16hrs Off |
| Occasions | Christmas, Halloween, Thanksgiving, Party |
| Package Included: | 1*100 LED 33ft RGB String Lights,1*Remote Control, 1*Manual. |

https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights

| a lamp assembly comprising a plurality of multi-coloured lamps in series with an AC voltage source and in series with each other, the voltage source having a frequency, each said multi-coloured lamp comprising a first illuminating element for producing a first colour of light, and a second illuminating element for producing a second colour of light; and | The accused product discloses a lamp assembly (e.g., LED string) comprising a plurality of multi-coloured lamps (e.g., Straw hat RGB LED packages) in series with an AC voltage source (e.g., Mains Source) and in series with each other, the voltage source (e.g., Mains Source) having a frequency (e.g., 50/60 Hz), each said multi-coloured lamp (e.g., Straw hat RGB LED package) comprising a first illuminating element (e.g., a Red LED) for producing a first colour of light (e.g., Red coloured light), and a second illuminating element (e.g., a Green LED) for producing a second colour of light (e.g., Green coloured light).<br><br>As shown below, the LED string lights operate at 29V. Each Straw Hat RGB LED package contains red, green, and blue LEDs that operate at 1.6V to 4V, allowing five Straw Hat RGB LED packages to be connected in series. The accused product has a power supply that connects to a mains source rated at 100-240V, 50/60Hz. Each Straw Hat RGB LED package includes red, green, and blue LEDs. When the red LED is powered, the package emits red light; when the green LED is powered, it emits green light.<br><br><br><br>https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights |



lamp assembly comprising a plurality of multi-coloured lamps

https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



100LED 33FT Extra Long RGB Christmas

33 FT 9.8 FT

To AC voltage source

multi-coloured lamps in series

https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



| Description | Technical Details | Reviews |

| Brand | Ollny |
| --- | --- |
| LED Qty | 100 |
| Light Length | 33ft |
| Weight | 10.8 Ounces |
| Color | RGB |
| Waterproof Grade | IP44 |
| Voltage | 29V |
| Wattage | 6W |
| Connectable | Up To 4 Sets |
| Timer Function | 4hrs On / 20hrs Off; 6hrs On / 18hrs Off; 8hrs On / 16hrs Off |

multi-coloured

https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



| Color | Wavelength Range (nm) | Forward Voltage (V) | Material |
| --- | --- | --- | --- |
| Blue | 450 - 500 | 2.5 - 3.7 | Indium gallium nitride (InGaN)<br>Silicon carbide (SiC) |
| Green | 500 - 570 | 1.9 - 4.0 | Gallium phosphide (GaP)<br>Aluminium gallium indium phosphide (AlGaInP)<br>Aluminium gallium phosphide (AlGaP) |
| Red | 610 - 760 | 1.6 - 2.0 | Aluminium gallium arsenide (AlGaAs) |

https://www.circuitbread.com/ee-faq/the-forward-voltages-of-different-leds



## RGB LED

RGB is short for red, blue, and green. **RGB LED is essentially LEDs in those colors put together.** Combining those colors, RGB LED can produce almost any color, but it struggles with shades of pink and brown. With legs for each of the three colors, an RGB LED will have **a fourth leg, for anode or cathode.** When looking at an RGB LED, you should face it so the second leg from the left is the longest. They should then be in the following order: red, anode or cathode, green, and blue.

multi-coloured lamps

first illuminating element

second illuminating element

https://soldered.com/learn/led-light-emitting-diode-explained/

| a lamp controller coupled to the lamp assembly for controlling a current draw of each said illuminating element, the controller being configured to adjust the current draw in accordance with the voltage frequency. | The accused product discloses a lamp controller (e.g., IR controller present in the accused product) coupled to the lamp assembly (e.g., LED string) for controlling a current draw of each said illuminating element (e.g., an LED of a Straw hat RGB LED package), the controller being configured to adjust the current draw in accordance with the voltage frequency (e.g., 50/60 Hz).<br><br>As shown below, the controller is connected to the LED string and is used to both power and control it. The power is provided by the SMPS power supply which outputs 29V at 6W. |



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights

### RGB LED

RGB is short for red, blue, and green. **RGB LED is essentially LEDs in those colors put together**. Combining those colors, RGB LED can produce almost any color, but it struggles with shades of pink and brown. With legs for each of the three colors, an RGB LED will have **a fourth leg, for anode or cathode**. When looking at an RGB LED, you should face it so the second leg from the left is the longest. They should then be in the following order: red, anode or cathode, green, and blue.



https://soldered.com/learn/led-light-emitting-diode-explained/

Upon information and belief, the power supply circuit consists of several capacitors, inductors, transistors, etc., either as discrete circuit components or part of integrated circuits. Since, behavior, namely impedance, of these devices is frequency dependent, the current drawn for a voltage will vary as the operational frequency changes. This results in the adjustment of current drawn in accordance with the voltage frequency.



https://www.ollny.com/collections/rgb-string-lights/products/100-led-33ft-halloween-christmas-rgb-string-lights



https://www.utmel.com/blog/categories/powersupply/dismantling-and-analyzing-each-component-in-the-switching-power-supply